UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ROJAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILIATION, et al.,<br><br>　　　　Defendants. | No. 2:21-cv-01086 DAD AC<br><br><br>ORDER |

Plaintiff Roberto Rojas is a state prisoner proceeding by and through his guardian ad litem, with counsel, in this civil rights action brought pursuant to 42 U.S.C. § 1983. By order dated July 19, 2024 defendants' motion to dismiss was granted, in part, and denied, in part. ECF No. 27. Plaintiff was granted limited leave to amend within 30 days. ECF No. 27. On August 6, 2024, plaintiff filed a notice indicating his intent not to file a first amended complaint. ECF No. 28. Defendants filed an answer to the complaint on August 26, 2024. As a result, the parties are directed to meet and confer for the purpose of submitting a joint proposed scheduling order, if possible, to the court that will govern discovery and scheduling matters in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties are directed to meet and confer within 21 days from the date of this order to determine: a) a discovery plan and its schedule, including the disclosure of any expert witnesses;

1

b) appropriate cut-off dates for discovery and law and motions; c) any modifications of the standard pretrial procedures due to the simplicity or complexity of this case; and, d) any other matters that may add to the just and expeditious disposition of this matter.

    2. Within 30 days from the date of this order, the parties shall submit to the court a joint proposed scheduling order, if possible, or separate scheduling order statements with proposed deadlines and the basis for any disagreement between the parties as to scheduling.

    3. Following the expiration of these deadlines, the court will issue a Discovery and Scheduling Order based on the papers submitted by the parties unless an initial scheduling conference is deemed necessary.

DATED: September 16, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE