IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERTO ROJAS, by and through his Guardian Ad Litem, Sergio Rojas,**<br><br>Plaintiff,<br><br>v.<br><br>**State of California, et al.,**<br><br>Defendants. | 2:21-CV-01086 DAD AC (PC)<br><br>[PROPOSED] ORDER RE: PHYSICAL EXAMINATION OF PLAINTIFF ROBERTO ROJAS<br><br>Date:       April 7, 2025<br>Time:      11:15 a.m.<br>Location: River Bend Nursing Center<br>2215 Oakmont Way, West Sacramento, CA<br><br>Action Filed:  March 11, 2021 |

Pursuant to the parties' Stipulation Re: Physical Examination of Plaintiff Roberto Rojas, and for good cause shown, the Stipulation is accepted and adopted, and the Court hereby orders as follows:

Plaintiff Roberto Rojas' physical examination shall take place on **April 7, 2025, at 11:15 a.m.,** and will be conducted by Ted Scott, MD, at River Bend Nursing Center, 2215 Oakmont Way, West Sacramento, CA 95691.

IT IS SO ORDERED.

Dated: February 11, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE