STEVEN L. BROWN, SBN 166278
DOUGLAS A. GESSELL, SBN 210112
LAW OFFICES OF BROWN & GESSELL
2155 W. March Lane Suite 2B
Stockton, CA  95207
Telephone (209) 430-5480
Facsimile (209) 466-5480
Email: sbrown@brown-gessell.com
       dgessell@brown-gessell.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERTO ROJAS, by and through his Guardian Ad Litem, Sergio Rojas,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | No. 2:21-cv-01086-DAD-AC (PC)<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER ALLOWING MOTION TO AMEND THE DISCOVERY AND SCHEDULING ORDER TO BE HEARD ON SHORTENED TIME**<br><br>Date: April 9, 2025<br>Time: 10:00 a.m.<br>Ctrm: 26, 8th Floor<br>Judge: Hon. Allison Claire<br>Trial Date: TBD<br>Action Filed: 3/11/21 |

## **RECITALS**

Whereas the parties in this case are currently engaged in pre-trial discovery;

Whereas plaintiff seeks an order from this Court by separate motion modifying the current Discovery and Scheduling Order by adding approximately 60 days to each of the deadlines on the Court's November 21, 2024 order;

Whereas plaintiff has not requested any prior amendments to the Discovery and Scheduling Order;

Whereas counsel for plaintiff has agreed to file and serve the Motion to Amend the

1  Discovery and Scheduling Order by 5:00 p.m. on March 20, 2025; and

2  Whereas the parties have agreed to set the Motion to Amend the Discovery and Scheduling Order for hearing on April 9, 2025 at 10:00 a.m., with opposition to the motion to be filed and served by 5:00 p.m. on April 2, 2025, with no written reply by plaintiff.

Based on the foregoing, counsel for Plaintiff and Defendants hereby stipulate to have the Motion to Amend the Discovery and Scheduling Order be filed and served by 5:00 p.m. on March 20, 2025, with the hearing on the motion set for April 9, 2025, at 10:00 a.m. and with defendants' opposition to be filed and served by 5:00 p.m. on April 2, 2025 with no written reply by plaintiff.

IT IS SO STIPULATED.

Dated: March __19__, 2025          **LAW OFFICES OF BROWN & GESSELL**

_____
Steven L. Brown
Attorney for Plaintiff

Dated: March 19, 2025          ROB BONTA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General

_____
Juliet Lompa
Deputy Attorney General
Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**

DATED: March 21, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE