STEVEN L. BROWN, SBN 166278
DOUGLAS A. GESSELL, SBN 210112
LAW OFFICES OF BROWN & GESSELL
2155 W. March Lane Suite 2B
Stockton, CA  95207
Telephone (209) 430-5480
Facsimile (209) 466-5480
Email: sbrown@brown-gessell.com
       dgessell@brown-gessell.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERTO ROJAS, by and through his Guardian Ad Litem, Sergio Rojas,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants, | No. 2:21-cv-01086-DAD-AC (PC)<br><br>[PROPOSED] ORDER GRANTING LEAVE TO DEPOSE INCARCERATED WITNESS LARRY ALFORD |

    Pursuant to Plaintiff's Ex Parte Application for an Order Granting Leave to Depose Incarcerated Witness Larry Alford,

IT IS HEREBY ORDERED that:

1. Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), plaintiff Roberto Rojas, by and through his attorney of record, is granted leave to depose inmate Larry Alford, CDCR No. AU8727, who is presently incarcerated at Mule Creek State Prison, 4001 Highway 104, Ione, CA 95640.

2. Warden Teauna Miranda shall produce inmate Larry Alford for a deposition on May 8, 2025, at 10:00 a.m., for a period not to exceed four hours.

3. The deposition will be conducted by oral examination in person and may be attended by counsel for all parties.

4. The Court further orders that reasonable notice shall be provided to all parties prior to the taking of the deposition, and that the deposition shall be taken in accordance with all applicable rules and procedures.

IT IS SO ORDERED.

Dated: April 11, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE