1

2

3

4                          IN THE UNITED STATES DISTRICT COURT

5                        FOR THE EASTERN DISTRICT OF CALIFORNIA

6                                   SACRAMENTO DIVISION

7

8

9   **ROBERTO ROJAS, by and through his**        2:21-CV-01086 DAD AC (PC)
    **Guardian Ad Litem, Sergio Rojas,**
10                                                **[PROPOSED] ORDER RE**
                                      Plaintiff,  **AMENDMENT TO THE DISCOVERY**
                                                  **AND SCHEDULING ORDER**
11          v.

12

13  **CALIFORNIA DEPARTMENT OF**
    **CORRECTIONS AND**
    **REHABILITATION, et al.**
14

15                                   Defendants.  Action Filed: March 11, 2021

16

17          Pursuant to the parties' Stipulation and good cause appearing, the expert witness disclosure

18  and reports deadline that is currently set for June 6, 2025, the rebuttal expert disclosure deadline

19  that is currently set for July 7, 2025 and any motion to compel expert discovery that is currently

20  set for August 8, 2025, shall be extended by seven (7) days.

21

22          IT IS SO ORDERED.

23

24  Dated: June 2, 2025

25                                                _____
                                                  ALLISON CLAIRE
26                                                UNITED STATES MAGISTRATE JUDGE

27

28
                                                  1