UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ROJAS, by and through his guardian ad litem, SERGIO ROJAS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILIATION, et al.,<br><br>Defendants. | No. 2:21-cv-1086 DAD AC P<br><br>ORDER |

On June 11, 2025, the court granted in part plaintiff's motions to compel. See ECF No. 65. The court deferred ruling with respect to Cary Interrogatory Nos. 8, 9, 20, 21; Ng's Interrogatory Nos. 7, 8; and Requests for Production ("RFP") Nos. 2, 6, 26, 26, and 30, until the parties met and conferred regarding these discovery disputes. Id. at 7-8, 14-15. The parties were ordered to meet and confer, and plaintiff was ordered to inform the court "which, if any, of these issues are moot and which, if any, continue to require a court ruling." Id. at 14-15. The court also deferred ruling on the requests for sanctions. Id.

Plaintiff's counsel has informed the court that the parties have met and conferred regarding Cary Interrogatory Nos. 8, 9, 20, 21; Ng's Interrogatory Nos. 7, 8; and Requests for Production ("RFP") Nos. 2, 6, 26, 26, and 30, and that these issues now appear to be moot. ECF No. 67. However, plaintiff's counsel has also informed the court that the parties continue to disagree about what appropriate responses and production will be, and whether defendants'

1

further responses will resolve the discovery disputes.  Id. at 2.  Accordingly, it appears that the outstanding disputes are not yet moot, and that a determination of mootness requires further production and evaluation by plaintiff of defendants' supplemental responses.

IT IS HEREBY ORDERED that:

1. Defendants must provide supplemental discovery responses to Cary Interrogatory Nos. 8, 9, 20, 21; Ng's Interrogatory Nos. 7, 8; and Requests for Production ("RFP") Nos. 2, 6, 26, 26, and 30, within **twenty-one (21) days** from the date of this order.

2. To the extent plaintiff is dissatisfied with the responses, the parties must promptly meet and confer to try to resolve any outstanding matters.

3. **Within twenty-one (21) days** of receiving defendants' further responses to the identified discovery issues, plaintiff shall file a notice informing the court which of these issues are now moot and which ones, if any, continue to require a court ruling and on what basis.

4. Ruling on plaintiff's motions to compel and for sanctions, and defendants' motion for sanctions (ECF No. 53, 54, 55, 56) is DEFERRED.  If defendants fail to provide complete discovery responses to Cary Interrogatory Nos. 8, 9, 20, 21; Ng's Interrogatory Nos. 7, 8; and Requests for Production ("RFP") Nos. 2, 6, 26, 26, and 30, or the parties fail to meet and confer in good faith about the remaining issues as ordered herein, the court will consider the outstanding motions to compel and motions for sanctions.  No further briefing on this matter should be submitted unless authorized or requested by the court.

DATED: June 20, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE